IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **'10-CV-01288**
(To be supplied by the court)

JOHN MOORE
_____, Plaintiff,

v. DELTA COUNTY POLICE DEPARTMENT AND THE CITY OF DELTA

_____,
_____,
_____,
_____,
_____,
_____,
_____, Defendant(s).

(List each named defendant on a separate line.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 3 - 2010

GREGORY C. LANGHAM
CLERK

## COMPLAINT

1 THE POLICE DEPARTMENT WOOD NOT INVESTIGATION MY MOM DEATH IT WAS CRIMINALLY NEGLIGENT HOMICIDE. WIN THIS LAW SUIT IS FILD SOMEING WELL BE DONE ABOUT MY MOM MURDER THIS IS SO UNCONSTITUTIONAL,

(Rev. 07/06)

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 21 2010

GREGORY C. LANGHAM
CLERK