Appendix I

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-1288 BNB

JOHN MOORE

Plaintiff,

v.

DELTA COUNTY POLICE DEPARTMENT

Defendant.

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 7 - 2010

**GREGORY C. LANGHAM**
CLERK

## INFORMATION FOR TEMPORARY RESTRAINING ORDER

Attorney for Plaintiff SELF JOHN MOORE

140 SE FRONTIER CT CED COLO 81413  Telephone number 970 856-3168

Attorney for Defendant DO NOT NO

Telephone number 970 874-7676- FAX 8745119

Concise statement as to type of claim THE DEFENDANT CAN NOT COME WITH IN 100 FEET OF ME JOHN MOORE, AND NO OTHER LAW ENFORCEMENT TO

Jurisdiction (cite statute) _____

Hearing: See D.C.COLO.LCivR.7.1A

Date Motion for Temporary Restraining Order filed 6-7-10

Estimated length of hearing DONT NO

02/27/2007 21:45 9708748555 CLIFFS SALES CENTER PAGE 02/02

Request hearing be set for _____ today  \_X\_ tomorrow  _____ within one week

Reason why immediate action is required  I MAY BE FALSELY ACCUSED AND I DO NOT WHAT TO BE, AND I DO NOT WHAT THIS FEDERAL CASE TO TO BE SABATAGED.

Notice:

Has opposing party and/or attorney been notified?  \_X\_ Yes  _____ No

If "yes," state when  NOW  and by what means  PHONE AND FAX

If "no," state reason _____

(Rev. 11/04)

C.C UNITED STATES DISTRICT COURT  FAX 303 335-2714

C.C DELTA COUNTY POLICE DEPT. FAX 970 874-5119

P.S your Honor I need A phone Hearing, I well notify your Honor and the courts if the Defendants Do not obeie the Restraining order